**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RYSHAWNS TIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:23-CV-1272-JPB |
| JEFFREY LANGLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO STAY DISCOVERY

Defendants State of Georgia, Jeffrey Langley, T. Buckley Levins, Andrew Sohn, and Penny Hunter, through counsel, and pursuant to Fed. R. Civ. P. 26(d), file this motion to stay discovery on the basis of their pending motion to dismiss. Defendants incorporate by reference the accompanying brief in support of this motion.

WHEREFORE, Defendants request that the Court grant this motion and stay discovery in this action, including without limitation the initial disclosure, conference and reporting obligations under Local Rules 16 and 26, pending the final resolution of the motion to dismiss.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

Christopher M. Carr                    112505
Attorney General

Loretta L. Pinkston-Pope              580385
Deputy Attorney General

Roger A. Chalmers                      118720
Senior Assistant Attorney General

s/ Brian E. Goldberg                   417635
Brian E. Goldberg
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Brian E. Goldberg
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3555
Fax: (404) 651-5304
Email: bgoldberg@law.ga.gov

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023 I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to all the attorneys of record in this case.

I hereby certify that on this date, I have caused to be served by U.S. mail,

first class postage prepaid, the following persons not on CM/ECF:

Ryshawn Tims
5465 Ga-42 P.O. Box 1063
Ellenwood, GA 30294

Ryshawn Tims
3421 Deer Hollow Run SW
Conyers, GA 30094


This 9 th day of May, 2023.


s/ Brian E. Goldberg
Brian E. Goldberg